FILED

1  COUNTESS PEASE JEFFRIES,  Bar no. 76886
   JEFFRIES ADVOCATES LAW OFFICES
2  485 E. 17TH ST.  SUITE 390                    2003 SEP -9  AM 10: 29
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055                     CLERK U.S. DISTRICT COURT
   Fax:(949) 722-8416                            CENTRAL DIST. OF CALIF
4                                                      LOS ANGELES

5  Attorney for: PLAINTIFF                       BY:_____

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8                                    ACV  03-6420
9  UNITED STATES OF AMERICA,         No.

10                    Plaintiff,     NOTICE OF INTERESTED PARTIES

11     vs.                           (Local Rule 83-1.5)

12 STEVEN  J. APPLETON,

13                    Defendant      (DEPARTMENT OF EDUCATION)

14

15     Pursuant to Local Rule 83-1.5, and based upon
16 information and belief, the undersigned, counsel of record
17 for Plaintiff, United States of America, certifies that the
18 following listed parties have a direct, pecuniary interest
19 in the outcome of this case.  These representations are made
20 to enable the Court to evaluate possible disqualification or
21 refusal.
22     The United States Department of Education,
23     Steven  J. Appleton

27 DATED: August 28, 2003        [signature]
                                  COUNTESS P. JEFFRIES
28                                ATTORNEY FOR THE PLAINTIFF