**ORIGINAL**

SEND


FILED
CLERK, U.S. DISTRICT COURT
JUL 1 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY bb DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF | A CV 03-6420 |
| v. | |
| STEVEN J. APPELTON, | NOTICE OF INTENT TO DISMISS RECOVERY CASE FOR LACK OF PROSECUTION |
| DEFENDANT(S). | |

The above entitled case was filed by your office on __9/9/03__. Pursuant to Federal Rule of Civil Procedures 4(m), service shall be made within 120 days after the filing of the complaint.

This case will be dismissed for lack of prosecution on __9/6/04__ unless the following document(s) are filed with this office on or before __8/30/04__:

☑ Proof of Service of the Summons and Complaint
☐ Application for Entry of Default; and
☐ Application for Default Judgment with Proposed Judgment; or
☑ Consent Judgment; or
☑ Notice of Dismissal

SHERRI R. CARTER
Clerk, U. S. District Court

DOCKETED ON CM
JUL 2 3 2004
BY ____ 003

7/14/04
Date

By ___Robert H. Bolton___
Deputy Clerk    ROBERT H. BOLTON

(4)

NOTICE OF INTENT TO DISMISS RECOVERY CASE FOR LACK OF PROSECUTION
CV-97 (04/01)